UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox
Hearing Date: 12/16/10
Bankruptcy Case No.: 10-42783
Adversary No.:

Title of Case / Brief Statement of Motion: Motion Seeking Damages for Violation of Automatic Stay under §362(K) Finding Defendant in Civil Contempt Pursuant to Federal Rule of Bankruptcy Procedure 9020

Names and Addresses of moving counsel:
Debra V. Levine
53 W. Jackson Blvd.; Suite 1001
Chicago, IL. 60604

Representing: Nancy Hall Walker

## ORDER

IT IS HEREBY ORDERED,

This matter coming before the Court on Motion for Seeking Damages for Violation of the automatic stay under 362(K) Finding Defendent in Civil Contempt pursuant to Federal Rule of Bankruptcy Procedure 9020.

All parties present and represented by counsel and the Court being full advised in the premises,

It is hereby ordered that Defendant Ms Julie Brett is found to be acting in bad faith and is in wilful and wanton violation of section 11 U.S.C 326(K) This matter is continued to 1/13/10 at 11:00am for a damages hearing

Jacqueline P. Cox J.P. Cox

with respect to the October 14, 2010 order entered by Judge Vega

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT