## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Jacqueline P. Cox       **Hearing Date** December 16, 2010

**Bankruptcy Case** 10 B 42783       **Adversary No.**

**Title of** Nancy K. Hall-Walker

**Brief Statement of Motion** Motion For Civil Contempt against Julie Brett and Motion for Damages for Violation of the Automatic Stay 362(k) (# 21 on docket)

**Names and Addresses of moving counsel**

**Representing**

### ORDER

**IT IS HEREBY ORDERED,** the Order Granting in Part, Continuing Motion for Civil Contempt entered on the court docket as #40 has an incorrect date for the hearing 1/13/2010. The correct date is 1/13/2011 at 11:00 a.m. before Judge Cox in courtroom 619.

*/s/ Jacqueline P. Cox*
J.P. Cox

**JUDGE JACQUELINE P. COX**
**UNITED STATES BANKRUPTCY COURT**